JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO'S CHICKEN AND BURGERS LOS ANGELES LLC, a California limited liability company; and ELENI V. PANTAZIS, as Trustee of THE PANTAZIS FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DINO'S BURGERS LLC, a California limited liability company; and JOHN PANTAZIS, an individual,<br><br>Defendants. | CASE NO. 5:17-cv-1850-JGB-KK<br><br>**ORDER GRANTING JOINT STIPUILATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: December 18, 2017 |

1     **FOR GOOD CAUSE SHOWN** the Court hereby approves the parties'
2 stipulation. The entire action, including all claims stated herein against all parties, is
3 hereby dismissed with prejudice.

Dated: January 10, 2019

By: _____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING JOINT STIPUILATION OF DISMISSAL WITH PREJUDICE